# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID GONZALEZ, : | |
|    Petitioner : | |
| : | No. 1:21-cv-1166 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN FCI SCHUYLKILL, : | |
|    Respondent : | |

## ORDER

**AND NOW**, on this 25th day of August 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                        s/ Sylvia H. Rambo
                                        United States District Judge